UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT LEON LECRAFT, | : | |
| Petitioner, | : | Civ. No. 16-5062 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner currently incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Previously, this matter was administratively terminated as petitioner has not paid the filing fee nor has he submitted an application to proceed *in forma pauperis*. Subsequently, petitioner has submitted an application to proceed *in forma pauperis*. Therefore, the Clerk will be ordered to reopen this case so that this Court can analyze petitioner's application.

Petitioner's application to proceed *in forma pauperis* will be denied. Local Civil Rule 81.2(c) states that a petitioner proceeding with a petition for writ of habeas corpus is not permitted to proceed *in forma pauperis* if the amount in his prison account exceeds $200.00. Petitioner's application to proceed *in forma pauperis* indicates that he has $539.04 in his prison account.

Accordingly, IT IS this  30th   day of September, 2016,

ORDERED that the Clerk shall reopen this case so that petitioner's application to proceed *in forma pauperis* may be analyzed; and it is further

ORDERED that petitioner's application to proceed *in forma pauperis* is denied; and it is further

ORDERED that the Clerk shall re-administratively terminate this case for petitioner's failure to pay the requisite filing fee of $5.00; and it is further

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order on petitioner by regular U.S. mail.

                                        <u>s/Robert B. Kugler</u>
                                        ROBERT B. KUGLER
                                        United States District Judge